# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CALUMET PHOTOGRAPHIC, INC., *et al.* | ) | Case No. 14-08893 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Deborah L. Thorne |
| | ) | |
| CATHERINE STEEGE, as Trustee for | ) | |
| Calumet Photographic, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 16-00193 |
| v. | ) | |
| | ) | |
| CONGRESSIONAL VILLAGE | ) | |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | | |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

Catherine Steege (the "Trustee"), not individually, but as the chapter 7 Trustee for the bankruptcy estate of Calumet Photographic, Inc., as Plaintiff herein, by and through her undersigned counsel, hereby gives notice of the voluntarily dismissal of the above-captioned adversary complaint.

                                                Respectfully submitted,

Dated: August 1, 2016　　　　　　　　　CATHERINE STEEGE, not individually but as the chapter 7 Trustee for the bankruptcy estates of the above-captioned debtors.

　　　　　　　　　　　　　　　　　　　　BY:　　　　　/s/ *Catherine Steege*
　　　　　　　　　　　　　　　　　　　　　　　　　　Catherine Steege

Catherine Steege (6183529)
Melissa M. Root (6288246)
Landon S. Raiford (6297473)
Nicholas E. Ballen (6320258)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484

*Counsel for the Trustee*

2

## **CERTIFICATE OF SERVICE**

I, Catherine Steege, an attorney, certify that on August 1, 2016, I caused a copy of the foregoing **Notice of Dismissal of Adversary Proceeding** to be served by first class U.S. mail postage prepaid on:

**Richard M. Fogel**
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 276-1334
Fax: (312) 980-3888
Email: rfogel@shawfishman.com

**John Guzzardo**
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 276-1323
Fax: (312) 980-3888
Email: jguzzardo@shawfishman.com

/s/ *Catherine Steege*
Catherine Steege